UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,

v.                      CASE NO.: 1:09cv72-SPM/AK

AMAR PRAKASH, ROBERT J. BEND,
and TRACEY SIGLIN,

        Defendants.
_____/

## ORDER EXCUSING PARTIES FROM MEDIATION

Upon consideration, the Joint Motion for Plaintiff and Defendant Tracey C. Siglin to be Excused from Submission of this Case to Mediation (doc. 20) is granted. The parties are excused from mediation at this time. The Court may, however, order the parties to mediate at a later date.

SO ORDERED this 9th day of December, 2009.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge