UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Plaintiff,

v.                                CASE NO.: 1:09cv72-SPM/AK

AMAR PRAKASH, ROBERT J. BEND,
and TRACEY SIGLIN,

        Defendants.
_____/

## ORDER GRANTING LEAVE TO FILE RENEWED
## MOTION FOR SUMMARY FINAL JUDGMENT

Upon consideration, Plaintiff's Motion for Leave to File Renewed Motion for Summary Final Judgment (doc. 41) is granted. Plaintiff shall have up to and including June 30, 2010, to file and serve the motion.

SO ORDERED this 23rd day of June, 2010.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      Chief United States District Judge